# FLSA CONSENT TO JOIN

I hearby consent to be an Opt-In Party Plaintiff in the docketed lawsuit for unpaid wages under the Fair Labor Standards Act ("FLSA") against CrossCountry Mortgage, LLC and any named entities or individuals who may be liable for violations of the FLSA, or the New York Labor Law, or any other laws as alleged in the filed Class Action Complaint.

I choose to be represented by putative class counsel The Law Office of Christopher Q. Davis for all purposes in this action, and authorize them to take any steps necessary to pursue my claims.

I also designate the putative class representatives to the fullest extent possible as agents to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting the litigation.

I consent to the filing of this form on the public docket, and agree to be bound by the terms of the class action retainer.

I am over the age of eighteen and competent to give my consent in this matter.

Client Signature

*[signature]*

Bob DiRusso

Address: 55 Somerset Dr Patterson, NY 1256

Patterson NY 12554

+1 (845) 661-2383

robertdirusso@gmail.com

Date: 03 / 07 / 2023

Doc ID: f32fadfe5ff0dbfced47252b7c67445bc0ed0426



| | | |
|---|---|---|
| **Title** | | Hello |
| **File name** | | FLSA_CONSENT_TO_J...0228-1-plvufh.pdf |
| **Document ID** | | f32fadfe5ff0dbfced47252b7c67445bc0ed0426 |
| **Audit trail date format** | | MM / DD / YYYY |
| **Status** | | ● Signed |

**This document was requested on workingsolutionsnyc.cliogrow.com and signed on workingsolutionsnyc.cliogrow.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **02 / 28 / 2023**<br>20:06:53 UTC | Sent for signature to Bob DiRusso (robertdirusso@gmail.com) from ddavis@workingsolutionsnyc.com<br>IP: 74.73.112.30 |
| **VIEWED** | **03 / 07 / 2023**<br>18:19:27 UTC | Viewed by Bob DiRusso (robertdirusso@gmail.com)<br>IP: 73.253.79.35 |
| **SIGNED** | **03 / 07 / 2023**<br>18:22:08 UTC | Signed by Bob DiRusso (robertdirusso@gmail.com)<br>IP: 73.253.79.35 |
| **COMPLETED** | **03 / 07 / 2023**<br>18:22:08 UTC | The document has been completed. |