THE LAW OFFICE *of* CHRISTOPHER Q. DAVIS

**WORKING SOLUTIONS NYC**

June 5, 2023

**By ECF**

Hon. Dan Aaron Polster
United States District Court
Northern District of Ohio

Re: *Lundholm et al. v. CrossCountry Mortgage, LLC*
Civ. Action No. 1:23-cv-00285-DAP

Dear Judge Polster:

This Firm represents Plaintiffs and the putative class and collective action members in the above referenced matter. On June 2, 2023, Defendant filed a "Renewed Motion to Compel Arbitration and to Dismiss" (ECF No. 25). According to Defendant, the reasons supporting the Renewed Motion are the same as set forth in Defendant's pending Motion to Compel Arbitration and to Dismiss (ECF No. 7) and supplementing submissions.

During the March 30, 2023, Status Conference, Your Honor set Plaintiffs' deadline to respond to Defendant's original Motion to Compel and Dismiss as October 27, 2023. Unless the court directs otherwise, we intend to respond to the newly filed Motion in accordance with that schedule.

Respectfully submitted,

Brendan Sweeney