UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAUL LUNDHOLM, ROBERT DIRUSSO AND MAX ROSA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>CROSSCOUNTRY MORTGAGE, LLC,<br><br>        Defendant. | Case No. 1:23-CV-00285<br><br>STIPULATION<br><br>(Electronically Filed) |

  **WHEREAS** on June 6, 2023, Plaintiff filed a Motion for Court-Supervised Notice to Potential Opt-In Plaintiffs and Equitable Tolling (ECF No. 27), and on June 20, 2023, Defendant filed its Opposition to that Motion (ECF No. 28), it is hereby stipulated between the Parties that Plaintiffs shall have until **July 5, 2023**, to file a Reply in support of their Motion.

Dated: June 21, 2023

| | |
|---|---|
| /s/ Brendan Sweeney | /s/ Brett S. Krantz |
| Brendan Sweeney (Admitted *pro hac vice*) | BRETT S. KRANTZ (0069238) |
| The Law Office of Christopher Q. Davis, PLLC | One Cleveland Center, 29th Floor |
| 80 Broad Street, Suite 703 | 1375 East Ninth Street |
| New York, New York 10004 | Cleveland, Ohio 44114 |
| 646-430-7930 | Phone: (216) 696-8700 |
| bsweeney@workingsolutionsnyc.com | Fax: (216) 621-6536 |
| *Attorneys for Defendant* | Email: bk@kjk.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED.
s/ Dan Aaron Polster
DAN AARON POLSTER
U.S. DISTRICT JUDGE

Dated: June 21, 2023

1